# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Davonte Williams Vinson,

Inmate ID Number: AS017MNI001858

_______________________,

*(Write the full name and inmate ID number of the Plaintiff.)*

**Case No.:** 1:21cv182-AW-GRJ
*(To be filled in by the Clerk's Office)*

**v.**

Alacha County Sheriff,
Deputy Malacky McLansky,
Sargeant, McGillis,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_______________________/

**Jury Trial Requested?**
□ **YES** □ **NO**

FILED USDC FLND TL
NOV 1 '21 PM3:29

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Davonte William Vinson ID Number: ASO17MNI001858

List all other names by which you have been known: ____________

Current Institution: Alacha County Sheriff office

Address: 333 N.W. 39th Street

Gainesville Fl. 32609

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Alacha County Sheriff

   Official Position: Sheriff

   Employed at: Alacha County Sheriff department

   Mailing Address: 333 N.W. 39th Street

   Gainesville Fl. 32609

   ☐ Sued in Individual Capacity ☑ Sued in Official Capacity

2. Defendant's Name: Matecky, Deputy, McLansky

   Official Position: Deputy

   Employed at: Alacha County Sheriff office

   Mailing Address: 333 N.W 39th Street

   Gainesville Fl. 32609

   ☐ Sued in Individual Capacity ☑ Sued in Official Capacity

3. Defendant's Name: Sargeant, McGillis

   Official Position: Sargeant

   Employed at: Alacha County Sheriff office

   Mailing Address: 333 N.W. 39th Street

   Gaineville Fl. 32609

   ☐ Sued in Individual Capacity ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*) ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee ☐ Civilly Committed Detainee

☐ Convicted State Prisoner ☐ Convicted Federal Prisoner

☐ Immigration Detainee ☐ Other *(explain below)*:

______________________________________________________

______________________________________________________

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** which show why you are entitled to relief. Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

Addend -10-

Sept. 2020

Sunday on labor day weekend Daronte was placed in the box for 30 days.

The officers said he refused to give up his bunk to move into a gay room. It was also stated Daronte conspired with another inmate by saying They were not giving up their rooms to go in another room. The inmate went in for a couple days for other reason than Conspiring. But Daronte went in for the 30 days.

He thought the guard ~~infact~~ first attacked him name was McGillis later found his name is McLansky? This guard mock Daronte ~~D~~ whenever he sees him. If not, he tap on glass to get Daronte ~~attenti~~ attention while sitting wave and grinning at him, Other guards told them (5 white guards) they were wrong.

After being attacked by 5 guards. The question remains. What Daronte did to deserve

4

-2-

June 29, 2020
Darante William Vinson took his meds and was going to his bed when officer McGillis (1st responder) slammed him onto the table and proceeded to the floor. It was about 5 or more officers that Joined him in Subduing Darante. These officers popped his Right leg out, he was Kicked in his Side (causing damages to current day), Neck twisted, L shoulder Soft tissue was tased and causing the prong going into his Soft tissue. Prying out was very painful. Afterwards, he was ordered to Stand to go to the infermery. He couldn't Stand so they put a chain on his legs and dragged him to the infermery. All 90 inmates complained and wanted to file because what happened is the Same treatment they have received. Darante and other inmates request for complaint forms were denied. Medical requests still being denied. No x-ray for his leg, R Jaw, and left side since altercation. A trustee told everyone that Darante is a police informant before altercation. Darante did not have any marks on him when he got there until the officer decided to Jump on him, and afterward 2 inmates Jumped on him causing pain when Struck in the mouth, and it

was so deep that it required stitches. Staff said they have no facility to do that. The other inmate hit him in his right Jaw causing severe pain. Staff refused treatment or X-rays. Even though, Darante is mentally challenged, and mental problems, and attack of this type should have never occured. Staff directed my calls to 4 or 5 people when calling. All of this Darante was an innocent victim. Darante is the subject of repisal since these incidents. Staff refused to give him a lower bunk because he couldn't climb up. He has pain trying to walk. Yet, expects him to comply after injured leg. Officers were Just in disagreement during and after physical altercation. Officer's involved was McGillis, Sgt. Barrow stated he was there during the altercation.

On June 29TH While medication was being administered officer Malecky said no one can use the bathroom or get water, I Dorante Vinson was already on my way to the water fountain when officer Malecky grabed my arm and walked me to the consultation room. Soon later I was given my medication and was told to re-enter the Pod, at which time Officer Malecky began to scream racial obscenities at me and grabed me from behind and threw me to the floor. Officers responded to assist Officer Malecky in restraining me. Officer Malecky then proceeded to knee me in the ribs 4-5 times. I was then tased several times. I at no time displayed any aggresive behavior nor any verbal disrespect to constitute physical force. I feel I was singled out in order for an example to be made to the rest of the Pod. The use of force was unecesary and excecive. All of the involved officers ~~involved~~ betrayed the publics trust and the oath they all swore to uphold. My family has secured Private Counsel on my behalf and Ive already instructed my Legal Counsel that I plan to file a sworn complaint on above said officers. This grotesque act is the the very same act that the Officers in George Floyds death took part in. It can not, should not, and will not be allowed to go unpunished. An example must be made and justice must be served.

(3)

Lara 352-367-4019 Crying Out for help, No Avail. I texted a Letter to Clovis Watson Jr. of upmost Urgency. Today is 10/25/2021 at 12:01pm No answer. Daronte called 9:59pm and I told him I Couldn't get No One.

www.SpecialOlympics.org

Special Olympics

(2)

the jail to let Someone Know he is in Severe pain feel sick and unbearable pain to tolerate. This is Medical abuse and Mentally. I Called 352-491-4444 and left an urgent Message. No response. I Left a Message on

www.SpecialOlympics.org

(1)

10/23/2021 3:48pm / 5:43pm Daronte Called because Staff (Medical and guards) refused to give him medical attention. The tooth the Squard broke became infected and was given a Tylenol only. He asked me to Call

www.SpecialOlympics.org

should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

ON June 29th during Medication pass officer Malecky Said No one Can use the bathroom while he observed I Davonte William Vinson getting water from the fountain Next thang I observed officer Malecky approaching me then he grabbed me from the water fountain walked me to the Consultation Room. Then had the Nurse give me my medicine Next he Threw me to the floor while Scream Racial Slurrs at me Calling back up to respond and assist him while he Kneed me 5-6 times in my Ribs Leaving me with Tremendous pains in my Stomach and Ribs aggressively using Excessive force toward me. I feel that I was Single out of everyone So officer ~~Malecky~~ McLansky could make and an example violating my 8th (USC) Amendment Cruel and unusaul punishment. I have medical records from the Crcul and unsaual punishment and feel that it Can not, will not, and Should n't go unpunished.

**Statement of Facts Continued** *(Page 2 of 2)*

Just the day before the ~~Malecky~~ Mclansky incident, Deputy officer McGillis Slammed me unto the floor then pick me up Slammed me unto the Table it was about Five officers responded to help him use Excessive force and Cruel an unusaul punishment against me then he popped my right leg out which gave me TREMENDOUS pain Then started kicking me in the Side He Twisted my Neck Tased me with The Taser Causing the prong to go, in to my Soft tissue while I'm crying out very painful Cruel and unusaul punishment. Then they Put me in Chains and dragged me to medical then, we put it Complaint form after complaint form. I Ask for Ex-rays they refuse to do medical Treatment. I feel like my right side of my Jaw was broken and one of my Tooth came out from the beaten that Deputy officer McGillis put on me.

Next the inmate Truske Called me a undercover informant.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1st freedom of Speech because They refuse to let me See the Nurse 8th Cruel and Unersaul punishment 14th U.S. Citizenship right by violated my (USC) Amendment.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

I'm sueing for 1.2 million dollars 1,200,000 that's 1million 2 Hundred thosand Dollars. And if so I would like to have them prosecuted.

**ATTENTION:** ***The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).***

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.***

## VIII. PRIOR LITIGATION

**ATTENTION:** ***The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).***

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: N/A Case #: ____________
   Court: N/A
2. Date: N/A Case #: ____________
   Court: N/A
3. Date: N/A Case #: ____________
   Court: N/A

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☐ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case *(if more than one)*:

1. Case #: N/A Parties: N/A

Court:__________________Judge: ______________________

Date Filed:________Dismissal Date *(if not pending)*: __________

Reason: ____________________________________________

2. Case #:______________Parties: __________________________

Court:__________________Judge: ______________________

Date Filed:________Dismissal Date *(if not pending)*: __________

Reason: ____________________________________________

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES ☐ NO

If you answered yes, identify all lawsuits:

1. Case #:______________Parties: __________________________

Court:__________________Judge: ______________________

Date Filed:________Dismissal Date *(if not pending)*: __________

Reason: ____________________________________________

2. Case #:______________Parties: __________________________

Court:__________________Judge: ______________________

Date Filed:________Dismissal Date *(if not pending)*: __________

Reason: ____________________________________________

3. Case #:______________Parties: __________________________

Court:____________________Judge: _________________________

Date Filed:__________Dismissal Date *(if not pending)*: ___________

Reason: _________________________________________________

4. Case #:_______________Parties: _____________________________

   Court:____________________Judge: _________________________

   Date Filed:__________Dismissal Date *(if not pending)*: ___________

   Reason: _________________________________________________

5. Case #:_______________Parties: _____________________________

   Court:____________________Judge: _________________________

   Date Filed:__________Dismissal Date *(if not pending)*: ___________

   Reason: _________________________________________________

6. Case #:_______________Parties: _____________________________

   Court:____________________Judge: _________________________

   Date Filed:__________Dismissal Date *(if not pending)*: ___________

   Reason: _________________________________________________

*(Attach additional pages as necessary to list all cases.* ***Failure to disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10-14-2021 Plaintiff's Signature: Daronte William Vinson

Printed Name of Plaintiff: DARONTE William Vinson

Correctional Institution: Alachua County Sheriff Office 3333 N.W. 39th Street Gainesville FL, 32609

Address: 332 5th Way

InterLachen FL 32148

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☑ deposited in**

**the prison's mail system for mailing on the** 18 **day of** October **,**

**20**21**.**

Signature of Incarcerated Plaintiff: Devonte William Vinson

D. William
332 5th Way
~~Interlachen FL 32148~~ FA
P.O. box 1000
Chattahoochee FL 32324

FOREVER / USA
USA FOREVER
USPS 32301-9996
OCT 2 2021

U.S. District Court
111. N. Adam St
TallahassEE FL 32301-7730