UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARONTE VINSON,

   Plaintiff,

v.                                           Case No. 1:21-cv-182-AW-MJF

OFFICER JORGE TUNON, *et al.*,

   Defendants.
_____/

## ORDER

On October 4, 2022, the undersigned directed the United States Marshals Service to file a status update regarding efforts to serve Defendants Jonathan Deloach and Jonathan W. Hardin. On October 6, 2022, the court received an executed summons for Hardin. On October 12, 2022, the Marshals Service advised the court that the Marshals Service "is in receipt of confidential address for Jonathan Deloach." Doc. 45. To avoid the cost of personal service, the Marshals Service shall first attempt to obtain a waiver of service from Defendant Deloach.

Accordingly, it is **ORDERED**:

1.    The clerk of the court shall prepare the following documents:

    a.    a service copy of Plaintiff's amended complaint, Doc. 30;

  b. a Notice of a Lawsuit and Request to Waive Service of a Summons Form (for use by Prisoners and *Pro Se* Plaintiffs Proceeding *In Forma Pauperis*);[1] and

  c. two copies of an AO-399 form (Waiver of the Service of Summons) for Defendant.[2]

2. The clerk of the court shall provide the following documents to the Marshals Service:

  a. the service copy of Plaintiff's amended complaint;

  b. a copy of this order;

  c. the completed Notice of a Lawsuit and Request to Waive Service of a Summons form; and

  d. the complete AO-399 Forms.

3. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Marshals Service shall attempt to obtain waiver of service from Defendant by mailing to Defendant, through first class mail, the following documents:

  a. a copy of Plaintiff's amended complaint;

  b. a copy of this order;

---

[1] The clerk of the court shall fill in the caption, the case number, and the name of the Defendant on the Defendant's respective form. Additionally, the clerk shall fill in "30" in the space indicating the number of days within which the defendant must return the signed waiver form.

[2] The clerk of the court shall fill in the caption, case number, and name of Plaintiff on each form.

      c.      the Notice of a Lawsuit and Request to Waive Service of a Summons Form;

      d.      the AO-399 forms for Defendant; and

      e.      a prepaid means of compliance.

4.      The Marshals Service shall mail the documents to Defendant as soon as possible. The Marshals Service shall notify the court if a waiver form is returned for insufficient address or for similar reason, or if the Defendant has not returned the waiver of service form (AO-399 form) after 30 days from the mailing of the amended complaint and waiver forms.

5.      If Defendant waives service, he shall have **SIXTY DAYS** from the date the request for waiver was sent to respond to the amended complaint.

6.      Counsel for Defendant shall file a notice of appearance within **THIRTY DAYS** from the Defendant's waiver.

7.      No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission from the court.

**SO ORDERED** this <u>17th</u> day of October, 2022.

                                      */s/ Michael J. Frank*
                                      **Michael J. Frank**
                                      **United States Magistrate Judge**